United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14707-amc |
| Pablo Vicente | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Jun 21, 2024  Form ID: trc  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14401669 | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 22 2024 07:08:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 23, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor Bank Of America N.A. jblank@pincuslaw.com, mmorris@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Bank Of America N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARISA MYERS COHEN | on behalf of Creditor BANK OF AMERICA N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MARISA MYERS COHEN | on behalf of Creditor Bank Of America N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com |
| PAMELA ELCHERT THURMOND | on behalf of Water Revenue Bureau PA CITY OF PHILADELPHIA pamela.thurmond@phila.gov |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 21, 2024 | Form ID: trc | Total Noticed: 1

PAMELA ELCHERT THURMOND
    on behalf of Water Revenue Bureau PA 19102-1595 pamela.thurmond@phila.gov

PETER D SCHNEIDER
    on behalf of Debtor Pablo Vicente pschneider@clsphila.org

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-14707-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Pablo Vicente
4243 N. 3rd Street
Philadelphia PA 19140

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/20/2024.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 | Residential Credit Opportunities Trust VIII-C<br>c/o FCI Lender Services Inc<br>PO Box 27370, Anaheim Hills, CA 92809 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/23/24

Tim McGrath
**CLERK OF THE COURT**