# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE | : | CHAPTER 13 |
|  | : |  |
| PABLO VICENTE | : | CASE NO: 19-14707DJB |
|  | : |  |
| Debtors | : |  |
| _____ : |  |  |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly withdraw my appearance on behalf of Pablo Vicente, Debtor, in reference to the above captioned matter.

/s/ Peter D. Schneider
PETER D. SCHNEIDER, ESQ.
Community Legal Services of Philadelphia
1424 Chestnut St.
Philadelphia, PA 19102
(215) 981-3718
Pschneider@clsphila.org

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance on behalf of Pablo Vicente, Debtor, in reference to the above captioned matter.

/s/  Alfonso G. Madrid
ALFONSO MADRID, ESQ.
Community Legal Services of Philadelphia
1410 W. Erie Ave.
Philadelphia, PA 19140
(215) 227-4795
Amadrid@clsphila.org